■ PHILIP A. CAPPADORA, Respondent, v GARY BERENHOLTZ, Appellant. [747 NYS2d 801]

The defendant failed to establish his prima facie entitlement to judgment as a matter of law (*see* CPLR 3212 [b]). Therefore, his motion for summary judgment dismissing the complaint was properly denied. Ritter, J.P., Smith, McGinity and Luciano, JJ., concur.